IN IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CAPITAL GENERATIONS LLC,**<br><br>Plaintiff,<br><br>~ *against* ~<br><br>**NEXTWAVESTEM, LLC,**<br><br>Defendant, | Case No.: **1:25-cv-7321**<br><br>District Judge:<br>**The Honorable Robert W. Gettleman**<br><br>Magistrate Judge:<br>**The Honorable Jeannice W. Appenteng** |

### AFFIDAVIT OF SERVICE

1. I am over 18 years of age and Counsel to the Plaintiff in the above-captioned matter. I affirm the following under the penalties of perjury:

2. On July 7, 2025, I served a copy of the Motion for a TRO (ECF 8 and 9) on the Defendant by e-mailing their principal officers: Udit Agarwal at udit@nextwavestem.com and Nish Patel at: nish@nextwavestem.com a copy of all papers filed in support of the Motion.

July 7, 2025

RESPECTFULLY SUBMITTED,

By: *[signature]*

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 7, 2025, simultaneous with the filing of this Submission, a copy of this submission was served on the Docket using the CM/ECF system.

RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.