IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CAPITAL GENERATIONS LLC,
Plaintiff,
~ against ~

NEXTWAVESTEM, LLC,
Defendant,

Case No.: 1:25-cv-7321

District Judge:
The Honorable Robert W. Gettleman

Magistrate Judge:
The Honorable Jeannice W. Appenteng

**JOINT STATUS REPORT REGARDING DISCOVERY**

Pursuant to the Court's standing orders and prior directives, the Parties submit this Joint Status Report regarding the status of discovery and state as follows:

1. Status of Written Discovery

Defendant NextWaveSTEM, LLC has completed its written discovery obligations by serving its First Set of Interrogatories and First Requests for Production of Documents on Plaintiff in accordance with Rules 33 and 34 of the Federal Rules of Civil Procedure.

Plaintiff's Counsel was unexpectedly advised on Wednesday January 7, 2026 that a trial date had become available for a one-day jury trial in a civil matter on January 13, 2026 in the matter of <u>SF Entities Inc. v. COVA Laboratories LLC</u>, 1:23-cv-4881 (E.D.N.Y.) before District Judge Ann Donnelly. That matter proceeded to full trial and jury verdict yesterday. As a result of that hand-grenade thrown into Plaintiff's Counsel's schedule

they have been unavailable. Counsel is now back in the office and anticipate having responses and a narrow set of interrogatories/demands out in the next 48 hours.

No additional written discovery has been completed to date.

2. Discovery Remaining

Consistent with the Court's standing orders encouraging proportional and efficient discovery, the Parties anticipate the following remaining discovery:

January 2026 – Depositions of corporate representatives and key fact witnesses;

February–March 2026 – Expert discovery, if applicable.

3. Discovery Deadline

The Parties anticipate that all discovery will be completed by March 31, 2026.

4. Discovery Disputes

At this time, the Parties confirm that no discovery disputes require the Court's attention.

The Parties have conferred in good faith, remain committed to cooperation consistent with the Federal Rules of Civil Procedure and the Court's standing orders, and will promptly raise any issues should they arise.

**DATED:        January 13, 2026**

| *For the Plaintiff Capital Generations LLC* | *For the Defendant NextWaveStem, LLC* |
|---|---|
| RESPECTFULLY SUBMITTED, | RESPECTFULLY SUBMITTED, |

| | |
|---|---|
| *[signature]*<br>Baruch S. Gottesman, *Esq.*<br>GOTTESMAN LEGAL PLLC<br>11 Broadway, Suite 615<br>New York, NY 10004<br>Phone: (212) 401-6910<br>bg@gottesmanlegal.com | _____(s)_*Kyle Badgley*_____<br>Kyle Badgley, *Esq.*<br>BADGLEY LAW<br>540 North State St., #2903<br>Chicago, IL 60654<br>Phone: (765) 993-1533<br>Badgleyk@gmail.com |